**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Bernardo FLORENTINO SANCHEZ,
Defendant–Appellant.**

**No. 06–41582**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 14, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Luis Antonio Figueroa, Law Office of Luis Antonio Figueroa, Laredo, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has

The attorney appointed to represent Bernardo Florentino Sanchez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sanchez has filed a response. Our independent review of the record, counsel's brief, and Sanchez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.